**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02603-REB-KMT

DAVID C. ROSS,

        Plaintiff,

v.

COLORADO DEPARTMENT OF TRANSPORTATION,

        Defendant.

---

**MINUTE ORDER**[1]

---

        The matter comes before the court on **Defendant's Motion To File Reply Brief in Excess of Court's Page Limitation** [#30][2] filed August 9, 2012.  The motion is **GRANTED**, and defendant's **Reply Brief in Support of Combined Motion To Dismiss and Motion for Summary Judgment** [#31] is accepted for filing.

        Dated:  August 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.