**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-02603-REB-KMT | FTR - Courtroom C-201 |
| **Date:** August 30, 2012 | Deputy Clerk, Nick Richards |
| DAVID C. ROSS, | Maria Theresa Antill |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF TRANSPORTATION, | Douglas J. Cox |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:31 p.m.**
Court calls case.  Appearances of counsel. Plaintiff David C. Ross is present with counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel [Doc. No. 35, filed August 14, 2012].

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:    Plaintiff's Motion to Compel [35] is **GRANTED IN PART AND DENIED IN PART** as stated on the record.

The motion is **DENIED** as to the subpoena *duces tecum* relating to Ms. Lynn Armendariz. Ms. Armendariz does not possess the documents and had no right or authority to bring the documents in question to a deposition and therefore could not properly comply with the subpoena.

Further the motion is **DENIED** in all other respects except as follows:

Plaintiff shall provide the names of employees in his department

    who he in good faith believes are of the Muslim religion to defense counsel on or before September 4, 2012.  Defendant shall run a check as to each of the persons named by Plaintiff as potentially of the Muslim faith to see if any of the employees are hourly wage employees.  To the extent any employee listed above is an hourly wage employee, Defense counsel shall provide spreadsheets titled "Employee Time Distribution" from August 2010 to August 2012 as discovery on or before September 13, 2012.  To the extent any of the employees listed above are salaried employees as opposed to hourly wage employees, defense counsel is NOT required to produce "Employee Time Distribution" reports because the information would be irrelevant for the reasons stated on the record.

The parties are referred to *Gillard v. Boulder Valley School District 196 F.R.D. 382 (D. Colo. 2000)* and shall draft a Protective Order should further discovery issues regarding personal information arise in this matter.

**Court in Recess: 3:25 p.m.**
Hearing concluded.
Total In-Court Time     00:54

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.